IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARLON DANTRUCE WILLIAMS, § <br> TDCJ #935987, § <br> § <br> Petitioner, § <br> § <br> v. § <br> § CIVIL ACTION NO. H-14-2098 <br> LORIE DAVIS, Director, § <br> Texas Department of Criminal § <br> Justice - Correctional § <br> Institutions Division, § <br> § <br> Respondent. § | |

### FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED with prejudice**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this 10th day of October, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE